UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKY ALLEN MYHRE,

        Plaintiff,

     v.                                Case No. 21-C-996

WISCONSIN DEPARTMENT OF
CORRECTIONS,

        Defendant.

## ORDER

Plaintiff Ricky Allen Myhre, who is representing himself, is proceeding on a claim that that the Wisconsin Department of Corrections failed to comply with the Americans with Disabilities Act and the Rehabilitation Act in connection with closed captioning on pay-per-view movies on inmate tablets. Dkt. No. 6. Discovery closed April 28, 2022; and dispositive motions were due August 1, 2022. Dkt. Nos. 11 & 13. The DOC timely filed a motion for summary judgment on August 1, 2022. Dkt. Nos. 14-17. Plaintiff's materials in response to the motion were due November 30, 2022. Dkt. No. 24.

On November 29, 2022, Plaintiff filed his fourth motion for extension of time to respond to Defendant's motion for summary judgment. Dkt. No. 25. Plaintiff states that he has requested information from various entities and individuals, including the Bureau of Prisons and United States Attorney General Merrick Garland, under the Freedom of Information Fact. *Id*. Plaintiff states he is still waiting on a response from the BOP and AG Garland. *Id*.

As explained in a prior order, *see* Dkt. No. 24, entities and individuals who are not defendants in this case are not required to respond to Plaintiff in connection with the filings in this

lawsuit, and in any case, they also do not have information relevant to this specific case against the Wisconsin Department of Corrections.  The Court will give Plaintiff one <u>final</u> extension of time and it strongly encourages Plaintiff to start working on his summary judgment response materials immediately without the responses he is allegedly waiting on.  Plaintiff is warned that the Court will not give any more extensions of time based on non-response from entities and individuals who are not a part of this case.

 **IT IS THEREFORE ORDERED** that Plaintiff's motion to modify scheduling order (Dkt. No. 25) is **GRANTED**.  The deadline to file a response to Defendant's motion for summary judgment is extended to **January 5, 2023**.  Plaintiff is warned that the Court will not give any more extensions of time based on non-response from entities and individuals who are not a part of this case.

 Dated at Green Bay, Wisconsin this  <u>5th</u>  day of December, 2022.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge

2